UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 16-7982-JLS (KS)                                         Date: January 22, 2018

Title   *Kevin Cox v. California Department of Corrections and Rehabilitation, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 26, 2016, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a complaint alleging violations of the Eighth Amendment pursuant to 42 U.S.C. Section 1983 ("Complaint") against Defendants the California Department of Corrections and Rehabilitation ("CDCR"), and individual Defendants, the Chief Medical Executive at Los Angeles County-California State Prison and four additional CDCR employees and/or contractors in their individual and official capacities, including Defendants J. Lewis and P. Shank.  (*See* Dkt. No. 1.)

On December 4, 2017, Defendants J. Lewis, and P. Shank filed a Notice of Motion and Motion to Dismiss ("The Motion).  (Dkt. No. 35)  On December 7, 2017, the Court ordered Plaintiff to file and serve his Opposition to the Motion to Dismiss by January 6, 2018.  (Dkt. No. 36.)  More than two weeks have passed since the date on which Plaintiff's Opposition was due, and he has yet to file a response to the Motion to Dismiss.  Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion."  Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to oppose the Motion To Dismiss and to timely comply with the Court's December 7, 2017 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 21, 2018** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff's response to this OSC must include either:  (1) a complete and detailed opposition (in a manner fully complying with the

Local Rules) to the Motion To Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Plaintiff's failure to timely respond to the Motion To Dismiss.

<u>Alternatively</u>, Plaintiff may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is cautioned that his failure to respond to this order may lead the Court to recommend dismissal based on Local Rules 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

.

|  | : |
| --- | --- |
| **Initials of Preparer** | rhw |