UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS & REHABILITATION,<br>ET AL.,<br><br>        Defendants. | CASE NO. CV 16-7982-JLS(KLS)<br><br>ORDER TO SHOW CAUSE WHY<br>DEFENDANTS SHOULD NOT BE REQUIRED<br>TO REIMBURSE U.S. MARSHAL FOR<br>COSTS OF SERVICE AFTER FAILING TO<br>WAIVE SERVICE |

Federal Rule of Civil Procedure 4(d) places a duty on defendants to avoid the unnecessary expense of service. Defendants were provided with a copy of the summons and complaint and a waiver of service form and elected not to waive service and avoid these costs. (*See* Attachments: U.S. Marshal's Service Form and E-mail from Defendants' Counsel Acknowledging Receipt of Summons and Complaint.) As a result, the U.S. Marshal's Service was required to personally serve them at a cost of $74.07 each. (*See* Attachments: Memos from U.S. Marshal's Service Setting Forth Cost of Service.) Rule 4(d) requires that the Court must impose the cost of service on Defendants who fail, without good cause, to return a waiver. Defendants Sandy Alfaro, P. Shank, and J. Lewis are ordered to appear in person on **March 21, 2018** at 11:00 a.m. at the Roybal Federal Building, 255 E. Temple, Courtroom

580, and show cause as to why they should not be ordered to pay those costs.

Because this hearing does not involve Plaintiff and has no impact on the merits of this case, Plaintiff will not be required to attend the hearing. He may request to attend by telephone if he so desires.

IT IS SO ORDERED.

DATED: February 14, 2018.

                                                      KAREN L. STEVENSON
                                                      UNITED STATES MAGISTRATE JUDGE

S:\KLS\Approved by KLS\Cox Ord_show cause_svc.wpd